FILED' 10 NOV 05 09:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN ROTH,

        Plaintiff,                Civ. No. 09-3089-CL

    v.                             **ORDER**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA; and AG
FORMULATORS, INC.,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R and R") [#27], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendant filed objections [#32] to the R & R. Plaintiff filed a response [#34] to defendant's objections. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach.,

1 - ORDER

Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct.

Defendant apparently argues that the R & R erred in rejecting the application of an unpublished Ninth Circuit opinion to the facts of this case. Defendant argues <u>Helm v. Sun Life Assurance, Inc.</u>, 34 Fed. App'x 328, 331 2002 WL 726487 (9th Cir. 2002), which found identical language unambiguous, is "highly persuasive." Under 9th Circuit Rule 36-3(a) however, <u>Helm</u> has no precedential value. In fact, under Rule 36-3(c), defendant may not even cite <u>Helm</u>, as none of the exceptions for citing unpublished dispositions issued prior to January 1, 2007 apply. Some reasons behind Rule 36-3 are explained elsewhere. <u>See</u> Alex Kozinski & Stephen Reinhardt, <u>Please Don't Cite This!</u>, Cal. Lawyer 43 (June 2000).

I conclude the R & R correctly determined that defendants have not overcome the presumption that a *de novo* standard of review applies. The ERISA statement here is not a plan document. Magistrate Judge Clarke's Report and Recommendation (#27) is adopted.

IT IS SO ORDERED.

DATED this ___4___ day of November, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER